IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Knighton, Velma | Case Number: 07 B 18128 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/24/09 | Filed: 10/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 11, 2009
Confirmed: January 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,607.90 | |
| Secured: | | 4,317.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,831.50 |
| Trustee Fee: | | 458.90 |
| Other Funds: | | 0.00 |
| Totals: | 7,607.90 | 7,607.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.50 | 2,831.50 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 23,915.32 | 3,829.69 |
| 5. | HomEq Servicing Corp | Secured | 5,118.30 | 389.98 |
| 6. | Wells Fargo Bank | Secured | 1,283.90 | 97.83 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,146.48 | 0.00 |
| 10. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 101.86 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 130.46 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 297.76 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 98.75 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 274.58 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 56.09 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 22.21 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 130.27 | 0.00 |
| 19. | Mercy Home for Boys & Girls | Unsecured | | No Claim Filed |
| | | | $ 35,407.48 | $ 7,149.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Knighton, Velma

Printed: 03/24/09

Case Number: 07 B 18128
Judge: Squires, John H
Filed: 10/3/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 182.29 |
| 6.5% | 176.85 |
| 6.6% | 99.76 |
| | $ 458.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*